UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY DALE ANDREWS,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 2:17-CV-00089-BHS-DWC<br><br>REPORT AND RECOMMENDATION |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 17. After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Court recommends the Administrative Law Judge (ALJ) shall:

- Re-evaluate the medical evidence and address any limitations assessed by any physician to be likely to persist absent DAA, and provide clear and convincing reasons if any physician's opinion is to be rejected; and;
- If necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

The parties agree Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, following proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 5th day of July, 2017.

David W. Christel
United States Magistrate Judge